377 A.2d 1004

## Walter F. Spiegel, Inc., Appellant, v. Shay.

Argued June 20, 1977. Eugene H. Evans, with him Goldberg and Evans, for appellant; Gerald J. Spitz, for appellee.

Order and judgment affirmed.